UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| JOSEPH DAVIS | CIVIL ACTION |
|---|---|
| VERSUS | |
| EAST BATON ROUGE SHERIFF'S OFFICE, ET AL. | NO.:08-00708-BAJ-EWD |

## ORDER

On July 13, 2016, the Court issued a Sixty-Day Order of Dismissal (Doc. 62) in response to a Notice of Settlement (Doc. 61) filed by Plaintiff. In the Sixty-Day Order of Dismissal, the Court instructed the parties that the above-captioned matter was dismissed but without prejudice to the parties' rights to re-open this matter within sixty days and upon good cause shown. (Doc. 62). Within the sixty-day dismissal period, Plaintiff filed a **Motion to Reopen Action (Doc. 63)**. Defendants' filed an opposition. (Doc. 65).

Plaintiff solely seeks to re-open this matter because his close childhood friend was allegedly shot and killed by a Baton Rouge Police Officer on or about July 5, 2016. The circumstances surrounding the death of Plaintiff's friend, however, has no bearing on the outcome of this matter. The event is completely unrelated to the facts of this case. Therefore, the Court finds that Plaintiff has failed to demonstrate the requisite good cause to re-open this matter.

Accordingly,

**IT IS ORDERED** that the **Motion to Reopen Action (Doc. 63)** is **DENIED**.

Baton Rouge, Louisiana, this 29th day of September, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**